Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
R. C. Harlan (SBN 234279)
rharlan@larsonllp.com
Dana M. Howard (SBN 280798)
dhoward@larsonllp.com
**LARSON O'BRIEN LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000

Attorneys for PLAINTIFF
PEPÉ'S, INC. dba PEPÉ'S TOWING

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PEPÉ'S, INC., a California corporation dba Pepé's Towing,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN BERNARDINO, charter city organized under the laws of the State of California; VIRGINIA MARQUEZ, an individual, BENITO J. BARRIO, an individual, JOHN VALDIVIA, an individual, FRED SHORETT, an individual, BESSINE L. RICHARD, an individual, JAMES L. MULVIHILL, an individual, R. CAREY DAVIS, an individual, JARROD BURGUAN, an individual, PAUL WILLIAMS, an individual, GARY D. SAENZ, an individual, JOLENA GRIDER, an individual, ANDREA MILLER, an individual, also known as ANDREW TRAVIS MILLER, MARK SCOTT, an individual, and DOES 1-10,<br><br>Defendants. | Case No. 5:18-cv-02277-SVW(SPx)<br><br>**NOTICE OF SETTLEMENT** |

# NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  Concurrently with this Notice of Settlement, the Parties are filing a Stipulation to Dismiss the Individual Defendants and a Stipulated Judgment in favor of Plaintiff.

Dated:  September 21, 2020   LARSON O'BRIEN LLP

By: /s/ Stephen G. Larson
Stephen G. Larson
R. C. Harlan
Dana M. Howard

Attorneys for PLAINTIFF
PEPÉ'S, INC. dba PEPÉ'S TOWING