Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
R. C. Harlan (SBN 234279)
*rharlan@larsonllp.com*
Dana M. Howard (SBN 280798)
*dhoward@larsonllp.com*
**LARSON O'BRIEN LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000

Attorney for PLAINTIFF
PEPÉ'S, INC. dba PEPÉ'S TOWING

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| PEPÉ'S, INC., a California corporation dba Pepé's Towing,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN BERNARDINO, charter city organized under the laws of the State of California; VIRGINIA MARQUEZ, an individual, BENITO J. BARRIO, an individual, JOHN VALDIVIA, an individual, FRED SHORETT, an individual, BESSINE L. RICHARD, an individual, JAMES L. MULVIHILL, an individual, R. CAREY DAVIS, an individual, JARROD BURGUAN, an individual, PAUL WILLIAMS, an individual, GARY D. SAENZ, an individual, JOLENA GRIDER, an individual, ANDREA MILLER, an individual, also known as ANDREW TRAVIS MILLER, MARK SCOTT, an individual, and DOES 1-10,<br><br>Defendants. | Case No. 5:18-CV-02277-SVW (SPx)<br>Judge: Hon. Stephen V. Wilson, Ctrm 10A<br><br>**STIPULATION FOR ENTRY OF JUDGMENT**<br><br>*[[Proposed] Stipulated Judgment filed concurrently herewith]* |

## STIPULATION FOR ENTRY OF JUDGMENT

Plaintiff Pepe's, Inc., a California corporation dba Pepe's Towing ("Pepe's") and Defendant City of San Bernardino (the "City") stipulate to judgment in this action as follows:

1. Pepe's and the City have entered into a Settlement and Release Agreement pursuant to which the City has agreed to pay Pepe's Six Hundred Thousand Dollars ($600,000) by making payments to Pepe's on or before the following dates, in the following amounts:

    a. Two Hundred Thousand dollars ($200,000) on or before July 1, 2021;

    b. Two Hundred Thousand dollars ($200,000) on or before July 1, 2022; and

    c. Two Hundred Thousand dollars ($200,000) on or before July 5, 2023;

2. The Stipulated Judgment shall be in favor of Pepe's for the total amount of Six Hundred Thousand dollars ($600,000). Attorneys' fees and costs of suit are waived with respect to the Stipulated Judgment, and no party shall be determined to be the prevailing party for any purpose.

3. Pepe's agrees that it shall not take any steps to enforce the Stipulated Judgment unless, and only if, the City fails to make one of the payments described in Section 1 above. If the City fails to make a payment by the scheduled date, then Pepe's shall file a declaration with the Court stating the fact of default. Only after filing such a declaration shall Pepe's be entitled to enforce the Stipulated Judgment, and then only to recover the amount which remains unpaid. The Stipulated Judgment shall not bear interest, unless Pepe's files such a declaration, in which case statutory post-judgment interest shall begin to accrue on the remaining unpaid amount of the Stipulated Judgment from the date that Pepe's files the declaration. If Pepe's files the declaration, Pepe's shall be entitled to recover attorney's fees

1  incurred thereafter to enforce the judgment to the extent otherwise allowed by
2  applicable law.
3      4.   This Stipulation may be signed in counterparts and facsimile
4  signatures shall have the same force and effect as an original signature.

Dated: September 15, 2020          PEPÉ'S, INC., dba Pepé's Towing

By: _____
Manuel Acosta
Its: President and Chief Executive Officer

Dated: September 16, 2020          CITY OF SAN BERNARDINO

By: _____
Teri Ledoux
Its: City Manager

Dated: September 16, 2020          BEST BEST & KRIEGER LLP

By: _____
RICHARD T. EGGER
DAMIAN A. NORTHCUTT
AVI W. RUTSCHMAN
Attorneys for Defendants
CITY OF SAN BERNARDINO;
VIRGINIA MARQUEZ, BENITO J.
BARRIOS (erroneously sued herein as
BENITO J. BARRIO), JOHN
VALDIVIA, FRED SHORETT,
BESSINE L. RICHARD, JAMES L.
MULVIHILL, R. CARE DAVIS,
JARROD BURGUAN, PAU.
WILLIAMS, GARY D. SAENZ,
JOLENA GRIDER, ANDREA
MILLER, ANDREA TRAVIS
MILLER; AND MARK SCOTT

1  Dated:   September 21, 2020          LARSON O'BRIEN LLP

                                        By: _____
                                        STEPHEN LARSON
                                        RC HARLAN
                                        Attorneys for Plaintiff
                                        PEPE'S, INC., a California
                                        corporation dba Pepé's Towing

55600.00507\33254586.5                  Case No. 5:18-cv-02277-SVW (SPx)
                                        STIPULATION FOR ENTRY OF JUDGMENT