JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| PEPE'S, INC., a California corporation dba Pepe's Towing,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SAN BERNARDINO, charter city organized under the laws of the State of California; VIRGINIA MARQUEZ, an individual, BENITO J. BARRIO, an individual, JOHN VALDIVIA, an individual, FRED SHORETT, an individual, BESSINE L. RICHARD, an individual, JAMES L. MULVIHILL, an individual, R. CAREY DAVIS, an individual, JARROD BURGUAN, an individual, PAUL WILLIAMS, an individual, GARY D. SAENZ, an individual, JOLENA GRIDER, an individual, ANDREA MILLER, an individual, also known as ANDREW TRAVIS MILLER, MARK SCOTT, an individual, and DOES 1-10,<br><br>　　　　　Defendants. | Case No.  5:18-CV-02277-SVW (SPx)<br>Judge:  Hon. Stephen V. Wilson<br><br>**STIPULATED JUDGMENT** |

## STIPULATED JUDGMENT

Pursuant to the accompanying Stipulation for Entry of Judgment,

IT IS ORDERED, ADJUDGED AND DECREED that:

1. Judgment is entered in favor of Pepe's, Inc. and against the City of San Bernardino in the sum of Six Hundred Thousand Dollars ($600,000), with the City of San Bernardino paying such sum by making payments to Pepe's, Inc. on or before the following dates, in the following amounts:

   a. Two Hundred Thousand dollars ($200,000) on or before July 1, 2021;

   b. Two Hundred Thousand dollars ($200,000) on or before July 1, 2022; and

   c. Two Hundred Thousand dollars ($200,000) on or before July 5, 2023;

2. Pepe's shall not take any steps to enforce this Judgment as long as the City makes the payments as scheduled in Paragraph 1 of this Stipulated Judgment and pursuant to Section 1 of the accompanying Stipulation for Entry of Judgment.

3. No party is the prevailing party, no attorneys' fees or costs of suit are awarded, and no interest on this judgment shall accrue unless and until Pepe's files a declaration with this Court that the City has defaulted on the payment schedule set forth in Section 1 of the accompanying Stipulation for Entry of Judgment. If Pepe's files such a declaration then interest shall accrue at the post-judgment statutory rate from the date of the filing of Pepe's declaration. If Pepe's files the declaration, Pepe's shall be entitled to recover attorney's fees incurred thereafter to enforce the judgment to the extent otherwise allowed by applicable law.

Dated:   September 25, 2020

_____
Hon. Stephen V. Wilson
United States District Judge